RECEIVED
MAR 14 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHRISTI HILLEBRANDT | * | CIVIL ACTION NO. 2:16-CV-844 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| UNUM LIFE INSURANCE CO. OF AMERICA | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge, and after an independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and the recommendations are correct under the applicable law; it is hereby

**ORDERED** that the plaintiff's request for remand (Doc. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's request for judgment as a matter of law (Doc. 11) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the defendant's Motion for Judgment Based on the Administrative Record (Doc. 12) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the matter is **REMANDED** to the plan administrator, Unum Life Insurance Company of America, to consider the additional evidence and make a new determination on the plaintiff's claims within ninety (90) days.

1

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending the defendant's review.

**SIGNED** at Alexandria, Louisiana this 14 day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE