UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTI HILLEBRANDT** | : | **DOCKET NO. 2:16-cv-0844** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **UNUM LIFE INSURANCE CO. OF AMERICA** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 38] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's claims be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 10th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE